UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JOSEPH KLINGLER
____________________, )
Plaintiff (s), )
)
v. ) Case No. 4:21-CV-708
)
LINCOLN FINANCIAL GROUP )
____________________, )
Defendant(s). )

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now PLAINTIFF and notifies the court of the intent to use
(Plaintiff or Defendant)

HEAVEN SENT
(name and address of process server)
422 NORTH 7TH STREET, SUITE 422
PHILADELPHIA, PA 19123

To serve: LINCOLN FINANCIAL GROUP
150 NORTH RADNOR CHESTER ROAD
RADNOR, PA 19087 in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

06/17/2021
(date)

(attorney for Plaintiff)

____________________
(attorney for Defendant)