# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

JOSEPH KLINGLER

Plaintiff(s),

vs.

LINCOLN FINANCIAL GROUP,

Defendant(s).

Case No. 4:21-cv-00708-JCH

## DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for Defendant hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

   a. Its parent companies or corporations (if none, state "none"):

      The correct name of the Defendant in this action is The Lincoln National Life Insurance Company, a wholly owned subsidiarty of Lincoln National Corporation.

   b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

      None

   c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

      Lincoln National Corporation

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

3. There is no entity named "Lincoln Financial Group" as that is the marketing name for Lincoln National Corporation and its affiliates.

/s/ Iwana Rademaekers
Signature (Counsel for Plaintiff/Defendant)
Print Name: Iwana Rademaekers
Address: 17304 Preston Rd, Ste 800
City/State/Zip: Dallas TX 75252
Phone: (214) 579-9319

## Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (~~by mail, by hand delivery, or by~~ electronic notice) on all parties on:
July 12, 2021.

/s/ Iwana Rademaekers

Signature