UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH KLINGLER<br>Plaintiff(s), | ) | |
| vs. | ) | Case No. 4:21 CV 708 JCH |
| LINCOLN FINANCIAL GROUP<br>Defendant(s). | ) | |

**DESIGNATION OF NEUTRAL BY PARTIES**
**AND**
**ADR CONFERENCE REPORT**

Pursuant to the Court's Order Referring Case to ADR for **mediation/early neutral evaluation,** dated January 3, 2022, the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral: ROBERT LITZ

Firm Name and Address: United States Arbitration & Mediation
500 N. Broadway, Suite 1800
St. Louis, MO 63102

Telephone & FAX Number: 314-231-4642, 314-231-0137

**The attorneys of record in this case are:**

Name of Lead Counsel: KRISTEN N. VAN FOSSAN

Firm Name and Address: Dennis W. Fox & Associates
211 North Broadway, Suite 2400
St. Louis, MO 63102

Telephone & FAX Number: 314-241-9666, 314-241-1125

Name of Other Counsel: IWANA RADEMAEKERS

I

Firm Name and Address: Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254

Telephone & FAX Number: 214-579-9319, 469-444-6456

**The completion deadline for this ADR referral is** 3/4/2022

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference: February 15, 2022

Time of Conference: 12p.m. a/p.m.

Location of Conference (Check One):

☐ Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒ Other Location: Via Video

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

01/24/2022

Date

Kristen Van Fossan

Signature of Plaintiff(s)

Iwana Rademaekers

Signature of Defendant(s)