UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH KLINGLER,<br><br>Plaintiff(s),<br><br>v.<br><br>LINCOLN FINANCIAL GROUP,<br><br>Defendant(s). | ) | No. 4:21-CV-00708-JCH |

**NOTICE OF APPOINTMENT OF NEUTRAL**

Upon selection by parties, pursuant to the procedures outlined in E. D. Mo. L. R. 6.03, the Clerk of the court hereby notifies

Name of Neutral/Firm: LITZ, ROBERT D.
Firm Address: 500 N. Broadway Suite 1800 St. Louis, MO 63102
Email: rlitz@usam.com

that s/he has been appointed to serve as Neutral in the above-styled action to conduct **mediation**.

This appointment shall remain effective until the Neutral notifies the Court in writing that the referral has been concluded.

The Attorneys of Record in this case are:

Lead Counsel: Kristen N. Van Fossan (for pla)
DENNIS W FOX AND ASSOCIATES
211 N. Broadway
Suite 2400
St. Louis, MO 63102
Ph: 314-241-9666 FAX: 314-241-1125

Other Counsel: Iwana M. Rademaekers (for dft)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road
Suite 800
Dallas, TX 75252
Ph: 214-579-9319 FAX: 469-444-6456

**The completion deadline for this ADR referral is March 4, 2022. The neutral shall file an ADR Compliance Report within 14 days after the ADR referral is concluded.**

The Neutral is directed to ascertain and to disclose to the parties any grounds that might exist which would require disqualification pursuant to 28 U.S.C. § 455.

January 28, 2022.
Date

*Gregory J. Linhares* /
Clerk of Court

By: /s/ Nikki Phillips /
NIKKI PHILLIPS
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH KLINGLER,<br><br>Plaintiff(s),<br><br>v.<br><br>LINCOLN FINANCIAL GROUP,<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:21-CV-00708-JCH |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office

**Option 1**

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: ______________. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* ***If the parties require more time to complete mediation, lead counsel must file a motion with the Court.***

**Option 2**

☐ An ADR conference was held on: ____________________________________.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:
__________________________________________________________________.

The ADR referral was concluded on ______________________________.
The parties [□ did □ did not] achieve a settlement. ***Check one***

**Option 3**

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: _____________________ Neutral: _______________________________

LITZ, ROBERT D.
Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH KLINGLER, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | No. 4:21-CV-00708-JCH |
| | ) | |
| LINCOLN FINANCIAL GROUP, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

EMAIL ADDRESS FORM FOR PARTIES WHO PARTICIPATED IN ANALTERNATIVE DISPUTE RESOLUTION CONFERENCE

**PLEASE DO NOT FILE THIS FORM THROUGH CM/ECF**

**YOU MAY EITHER:**

**1) SEND THE EMAIL ADDRESSES IN AN EMAIL DIRECTLY TO; OR**

**2) EMAIL THIS FORM TO:**

Betty Ann Skrien, Executive Assistant at:

**Betty_Ann_Skrien@moed.uscourts.gov**

Please provide the email addresses of **all counsel and parties** participating in the ADR conference. The participants will be sent an email with a link to a brief (5 minute), anonymous survey. A participant is defined as a plaintiff, defendant, insurance representative, in-house counsel, corporate representative, or attorney of record.

| Name (printed): | Email address: |
|---|---|
| ___________________________ | ___________________________ |
| ___________________________ | ___________________________ |
| ___________________________ | ___________________________ |
| ___________________________ | ___________________________ |
| ___________________________ | ___________________________ |
| ___________________________ | ___________________________ |
| ___________________________ | ___________________________ |
| ___________________________ | ___________________________ |

Date_______________ Neutral__________________________________________