**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **JOSEPH KLINGLER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:21-cv-000708 |
| | ) | |
| **LINCOLN FINANCIAL GROUP,** | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Joseph Klingler and Defendant Lincoln Financial Group file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 23 day of February, 2022.

Respectfully submitted,

By: *_/s/ Kristen N. Van Fossan_* (w/permission)

Kristen N. Van Fossan, #63608
Dennis W. Fox & Associates
211 N. Broadway, Suite 2400
St. Louis, MO 63102
PH: (314) 241-9666
FX: (314) 241-1125
Email: kristenv@dwfox.com

ATTORNEYS FOR PLAINTIFF

**- AND -**

By: *_/s/ Iwana Rademaekers_*

Iwana Rademaekers (Texas Bar No. 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT